# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| A.P PHINISEE, *et al.*, | : | |
|     Plaintiffs, | : | |
| | : | |
| v. | : | CIVIL ACTION NO 18-CV-3909 |
| | : | |
| AARON FRIEWALD, *et al.*, | : | |
|     Defendants. | : | |

## ORDER

AND NOW, this 25th day of September, 2018, upon consideration of Plaintiff Rasheena Phinisee's Motion to Proceed *In Forma Pauperis* (ECF No. 1), the *pro se* Complaint she filed on behalf of herself and her minor child, A.P., (ECF No. 2), and her "Supplemental Filing of Summary Judgment Void Settlement Agreement Under Statute of Frauds" (ECF No. 4), it is **ORDERED** that:

1. Leave to proceed *in forma pauperis* is **GRANTED**.

2. The Complaint is **DEEMED** filed.

3. The Complaint is **DISMISSED** for the reasons discussed in the Court's Memorandum. Any claims raised on behalf of A.P. are **DISMISSED without prejudice**. Claims raised on behalf of Rasheena Phinisee are **DISMISSED with prejudice** with the exception of legal malpractice claims against Dennis Friedman and Kevin Buttery that are **DISMISSED without prejudice for lack of subject matter jurisdiction** at this time.

4. Phinisee is given leave to file an amended complaint within thirty (30) days of the date of this Order only with regard to those claims the Court dismissed without prejudice. Any amended complaint must identify all of the defendants in the caption, must clearly state the basis for Phinisee's claims against each defendant, and must clearly allege the basis for the Court's

jurisdiction. Any amended complaint shall not raise constitutional claims and shall not raise claims that have already been litigated by Phinisee in other cases. Alternatively, Phinisee may refile her legal malpractice claims in state court. If Phinisee files an amended complaint, the Clerk shall not make service until so **ORDERED**.

5. The Clerk of Court is **DIRECTED** to send Phinisee a blank copy of this Court's current standard form to be used by a *pro se* litigant filing a civil action bearing the above-captioned civil action number. Phinisee may use this form to prepare her amended complaint.

6. If Phinisee fails to file an amended complaint, her case may be dismissed for failure to prosecute without further notice.

7. Phinisee's requests for summary judgment are **DENIED** as premature.

                                            **BY THE COURT:**

                                            **/s/ Cynthia M. Rufe**

                                            **CYNTHIA M. RUFE, J.**